IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **RONY CRUZ GOMEZ,** | * |
| Petitioner, | * |
| v. | * Civil Case No.: SAG-26-00269 |
| **KRISTI NOEM,** *et al.*, | * |
| Respondents. | * |

\* \* \* \* \* \* \* \* \* \*

## ORDER

On January 23, 2026, this Court ordered that Petitioner be provided a bond hearing consistent with 8 C.F.R. §§ 236.1(d), 1003.19, and 1236.1(d) within ten days of the Petitioner's filing of a motion with the immigration court. ECF 7. As described in Petitioner's status report, although he filed a motion and he had a bond hearing scheduled, due to ICE's movement of Petitioner from one location to another and failure to update their systems as to his location, the Immigration Judge declined to conduct the bond hearing, finding an alleged lack of jurisdiction. Petitioner will not have a bond hearing before the deadline in this Court's order, as the time will expire this weekend and no bond hearing is presently scheduled. Accordingly, this Court will GRANT the Petition. Respondents are ordered to IMMEDIATELY RELEASE Petitioner Rony Cruz Gomez from custody, subject to appropriate conditions including his attendance at a bond hearing consistent with 8 C.F.R. §§ 236.1(d), 1003.19, and 1236.1(d). The Clerk is directed to CLOSE this case.

Date: February 6, 2026

/s/
Stephanie A. Gallagher
United States District Judge